Lori E. VALDEZ, Petitioner,

v.

DEPARTMENT OF the NAVY,
Respondent.

No. 2010–3035.

United States Court of Appeals,
Federal Circuit.

Dec. 1, 2009.

Neil C. Bonney, Bonney, Allenberg & O'Reilly, PC, Virginia Beach, VA, for Petitioner.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Richard A. McGEE, Petitioner,

v.

DEPARTMENT OF the AIR FORCE, Respondent.

No. 2009–3263.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2009.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 10, 2009 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before December 28, 2009.